# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BRIAN WATERMAN,

    Plaintiff,

v.

    Case No. 18-3135-CM-KGG

BOARD OF COMMISSIONERS OF
COLUMBUS, KANSAS, et al.,

    Defendants.

## MEMORANDUM AND ORDER

This case is before the court on plaintiff Brian Waterman's Motion for a Continuance (Doc. 92). Although the relief plaintiff seeks is not clear, it appears that he is preemptively seeking an extension of time to respond to any motions to dismiss filed on the deadline set by the magistrate judge in Doc. 81, which is today—February 13, 2019. Two motions to dismiss have been filed thus far (Docs. 93 and 95). Plaintiff represents that he has been placed in segregation for sixty days and does not have access to the tools he needs to respond to any motions to dismiss. Plaintiff's deadline to respond to any dispositive motions filed today would have been March 6, 2019.

The court determines that plaintiff has adequately demonstrated why he needs additional time to respond to the motions to dismiss that have been filed (and may be filed) today. The court therefore extends his time to respond to May 1, 2019.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for a Continuance (Doc. 92), which is construed as a motion to extend time to response to Docs. 93 and 95, is granted. Plaintiff's deadline to respond to Docs. 93 and 95, as well as any other motion to dismiss filed today (February 13, 2019), is May 1, 2019.

Dated this 13th day of February, 2019, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**
